In the Matter of the Application of SAMUEL C. PIERCE, Appellant, for a Writ of Mandamus against CLARENCE F. CARROLL, as Superintendent of the Public Schools of the City of Rochester, et al., Respondents.

*Matter of Pierce*, 88 App. Div. 620, affirmed.
(Argued January 6, 1904; decided January 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the respondents to reinstate the relator as a principal of public schools in the city of Rochester.

*John A. Barhite* for appellant.

*William A. Sutherland* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ANNETTE MORAN, Respondent, *v.* J. LEE MORRILL, as Executor of and Trustee under the WILL of EDWARD MORAN, Deceased, Appellant.

*Moran* v. *Morrill*, 78 App. Div. 440, affirmed.
(Argued January 7, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1903, which reversed a judgment of nonsuit and an order denying a motion for the entry of a general verdict in favor of plaintiff on a special verdict and directed judgment for plaintiff.

*James Harold Warner* and *Charles C. Reiley* for appellant.

*Theodore Sutro* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: CULLEN, J.